■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFERY WASHINGTON, Appellant. [878 NYS2d 926]—Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered on or about December 13, 2007, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, P.J., Buckley, Catterson, McGuire and Renwick, JJ.